Alan J. Watson (SBN 177531)
Qian (Sheila) Shen (SBN 332048)
HOLLAND & KNIGHT LLP
400 South Hope Street, 8th Floor
Los Angeles, CA  90071
Tel.:  213.896.2400
Fax:  213.896.2450
E-mail:      alan.watson@hklaw.com
                 qian.shen@hklaw.com

*Attorneys for Defendant*
*Option Care Enterprises, Inc.*

Ronald K. Brown, Jr. (SBN 102012)
LAW OFFICES OF RONALD K. BROWN, JR., APC
901 Dove Street, Suite 120
Newport Beach, CA 92660
Tel.:   949.250.3322
Fax:   949.250.3387
E-mail:      ron@rkbrownlaw.com

*Attorneys for Plaintiff*
*501Queensland Circle, LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 501QUEENSLAND CIRCLE, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>WALGREEN CO., an Illinois corporation; OPTION CARE ENTERPRISES, INC., a Delaware corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.:  5:22-cv-00815-JWH-KK<br><br>**STIPULATION EXTENDING WALGREEN CO.'S TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Complaint Filed:  November 2, 2021<br>Amended Complaint Filed: April 7, 2022<br>Removal Date: May 13, 2022<br>Trial Date: TBD |

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400
Fax: 213.896.2450

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff 501Queensland Circle, LLC and counsel for Defendant Option Care Enterprises, Inc. that Walgreen Co.'s time to answer, move or otherwise plead in response to the First Amended Complaint is hereby extended to and including May 27, 2022. This is the first request for an extension of Walgreen Co.'s time to answer, move or otherwise plead in response to the First Amended Complaint. The parties request this extension of time to allow Walgreen Co. to engage counsel and appear in this action.

This Stipulation may be executed in any number of counterparts, each of which taken together shall constitute one Stipulation, and may be executed by facsimile signatures which shall be deemed to be and may be utilized in all respects, as an original signature.

DATED: May 20, 2022          HOLLAND & KNIGHT LLP

By: /s/ *Qian Shen*[1]
                Qian (Sheila) Shen

*Attorneys for Defendant*
*Option Care Enterprises, Inc.*

DATED: May 20, 2022          LAW OFFICES OF VINCENT Y. LIN

By: /s/ *Ronald K. Brown, Jr.*
                Ronald K. Brown, Jr.

*Attorneys for Plaintiff*
*501Queensland Circle, LLC*

---

[1] I, Qian (Sheila) Shen, hereby attest, pursuant to Local Rule 5-4.3.4(a)(2), that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California, I am over the age of eighteen years and am not a party to this action; my business address is 400 South Hope Street, 8th Floor, Los Angeles, CA 90071, in said County and State.

On May 20, 2022, I served the following document(s):

**STIPULATION EXTENDING WALGREEN CO.'S TIME TO RESPOND TO FIRST AMENDED COMPLAINT**

on the parties stated below, by the following means of service:

| | |
|---|---|
| Ronald K. Brown, JR.<br>LAW OFFICES OF RONALD K. BROWN, JR.. APC<br>901 Dove Street, Suite 120<br>Newport Beach, CA 92660<br>Telephone: 949.250.3322<br>Fax: 949.250.3387<br><br>*By Electronic Transfer To CM/ECF System* | Walgreen Co.<br>CSC Lawyers Incorporating Service<br>Registered Agent<br>2710 Gateway Oaks Drive<br>Suite 150N<br>Sacramento, CA 95833-3502<br><br>*By United States Mail* |

☑ **BY UNITED STATES MAIL**: I placed a true copy in a sealed envelope or package addressed to the persons as indicated above, on the above-mentioned date, and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited with the U.S. Postal Service in the ordinary course of business in a sealed envelope with postage fully prepaid. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing set forth in this declaration.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Los Angeles, California.

☑ **BY ELECTRONIC TRANSFER TO THE CM/ECF SYSTEM**: On this date, I electronically uploaded a true and correct copy in Adobe "pdf" format the above-listed document(s) to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system. After the electronic filing of a document, service is deemed complete upon receipt of the Notice of Electronic Filing ("NEF") by the registered CM/ECF users.

☑ **(FEDERAL)**   I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 20, 2022.

_____
Rosanna Perez

PROOF OF SERVICE